**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DR. DEAN McNEEL d/b/a**
**OZARK PROSTHODONTICS** **PLAINTIFF**

**v.** **No. 5:10-cv-05043-JLH**

**KaVo DENTAL TECHNOLOGIES, LLC** **DEFENDANT**

## MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND DAMAGES

Comes now defendant, KaVo Dental Technologies, LLC, by and through its attorneys, Womack, Landis, Phelps & McNeill, P.A., and for its Motion for Summary Judgment on Liability and Damages states:

1. This is a complaint for common law "breach of contract." (Doc. No. 1, ¶ 9).

2. The complaint concerns the purchase by Dr. Dean McNeel's dental clinic of dental equipment generally known as "The Everest System."

3. Discovery has revealed that plaintiff, Dr. Dean McNeel, an individual, has no right to proceed in this lawsuit because he was not a party to any contract and did not purchase equipment from defendant, KaVo Dental Technologies, LLC (hereinafter "KaVo"). Instead, his dental clinic, Dean McNeel, D.D.S., P.A., which is a sub-chapter S-corporation, bought the Everest System.

4. KaVo recently filed its motion to amend answer and attached thereto a copy of the purchase agreement between it and Dean McNeel, D.D.S., P.A., the purchaser of the Everest System. (Doc. No. 14-2).

5. Plaintiff, Dr. Dean McNeel, lacks standing and is not the real party in interest who can pursue any claim against KaVo. Therefore, the present suit should be dismissed as a matter of law, pursuant to Federal Rule of Civil Procedure 56(c).

6. The purported contract concerns the "sale" of "goods," as defined by A.C.A. § 4-2-105(1) & -106(1), and thus is governed by the "Sales" article of the Uniform Commercial Code in Arkansas, which is found at A.C.A. § 4-2-101, *et. seq.*

7. The equipment was supplied in mid-2007, and continues to be used by Dr. McNeel's dental clinic, which has paid at least $110,700.87 towards its financed purchase price. An additional balance is owed in the approximate amount of $84,541.08.

8. The suit does not seek to revoke or repudiate the acceptance of the Everest System; and as a matter of fact, and by operation of law, the equipment has been accepted, pursuant to A.C.A. § 4-2-606.

9. This accepted equipment is valuable and continues to provide positive income to plaintiff's dental practice.

10. No notice has been provided to defendant, nor none alleged in the complaint, regarding any claim for breach of any warranty.

11. The damages sought by plaintiff total $2,140,964.97, and have been categorized in a spreadsheet produced by plaintiff. (Exhibit 1).

12. The remedies available to plaintiff are limited to those set forth in the Uniform Commercial Code, which do not provide for the recovery of the categories of relief sought.

13. This motion does not concern disputed issues of liability, but is filed pursuant to Rule 56(c) solely to obtain summary judgment and a dismissal of damage categories and claims

not authorized by Arkansas Law. KaVo is entitled to judgment as a matter of law for each of the damages claims.

14. Defendant files contemporaneously herewith its Memorandum Brief in Support of this motion and Rule 56.1 Statement of Undisputed Material Facts.

15. In further support of this motion, defendant attaches hereto the following:

a. Plaintiff's "Expenses and Damages" model (Exhibit 1);

b. Spreadsheet produced by plaintiff and labeled, "Gross Income Attributable to Everest" (Exhibit 2);

c. Pertinent portions of the deposition of Dr. Dean McNeel, taken August 20, 2010 (Exhibit 3); and

d. Report of defendant's forensic accountants, Arnie & Co., dated September 14, 2010 (Exhibit 4).

WHEREFORE, defendant, KaVo Dental Technologies, LLC, prays that its Motion for Summary Judgment be granted; that the Court dismiss plaintiff's complaint as a matter of law; and that it have all other proper relief both equitable and legal.

Respectfully submitted,

J. V. Phelps (Bar No. 74122)
Jeffrey W. Puryear (Bar No. 93109)
Serena Thompson Green (Bar No. 2005258)
WOMACK, LANDIS, PHELPS & McNEILL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
Tel. (870) 932–0900
jphelps@wlpmlaw.com
jpuryear@wlpmlaw.com
sgreen@wlpmlaw.com

By /s/ Jeffrey W. Puryear

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Kenneth R. Shemin
Shemin Law Firm, LLC
333 Pinnacle Hills Parkway, Suite 603
Rogers, AR 72758
E-mail: Ken@sheminlaw.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear