**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DEAN McNEEL, D.D.S., P.A.**
**Substituted For**
**DEAN McNEEL d/b/a**
**OZARK PROSTHODONTICS** **PLAINTIFF**

**vs.** **CASE NO. 5:10-cv-05043-JLH**

**KaVo DENTAL TECHNOLOGIES, LLC** **DEFENDANT**

# FIRST AMENDED COMPLAINT

Comes Plaintiff, Dean McNeel, D.D.S., P.A., and for its First Amended Complaint states:

## I. PARTIES

1. Plaintiff, Dean McNeel, D.D.S., P.A., (herein referred to as "Plaintiff") is an Arkansas Corporation with its principal place of business in Washington County, Arkansas.

2. KaVo Dental Technologies, LLC, (herein referred to as "KaVo") is a foreign business entity that does business in the State of Arkansas.

## II. JURISDICTION AND VENUE

3. This court has jurisdiction over this matter pursuant to 28 USC §1332 in that this matter involves a controversy that exceeds the sum or value of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states. Venue is proper pursuant to 28 USC §1391(a) in that a substantial part of the events or omissions giving raise to the claims herein occurred in this judicial district.

## III. FACTUAL ALLEGATIONS

4. On or about June 29, 2007, Dr. McNeel and KaVo entered into an agreement whereby

Plaintiff purchased certain equipment from KaVo to be utilized in his professional practice. A copy of the purchase order is attached hereto as Exhibit "A" and incorporated herein.

5. In addition to the purchase order, Plaintiff and KaVo entered into a purchase agreement. Paragraph four of the Purchase Agreement provides in pertinent part as follows:

> KaVo warrants all benches and equipment to be free from manufacturing defects for a period of one year. The warranty does not include disposable products such as filter bags, cooling liquids, lights etc. However, if any defects should arise as a result of the manufacturing process or installation, KaVo shall remedy such defect to the unconditional satisfaction of purchaser at the earliest possible, mutually agreeable, date.
>
> The warranty excludes any equipment, subassemblies or parts, including without limitation the spindle, that have come into contact with materials which were not manufactured or distributed by KaVo; as well as defects caused by the Buyer's failure to provide specified power and/or oil-free, dry air supplies, or an operating environment conform to KaVo's published specifications; or failure to follow the maintenance procedures described in KaVo's Owner/Service Manual for the equipment.

6. Since the purchase of the aforementioned equipment, Plaintiff has made numerous demands upon KaVo to remedy substantial manufacturing defects with the equipment. To date, despite the numerous demands, KaVo has failed and refused to satisfactorily remediate the manufacturing defects.

7. In addition, on numerous occasions, KaVo represented and promised to provide support for its product, however, KaVo has likewise failed to perform with respect to its promises and representations.

## IV. CLAIM FOR RELIEF

8. Plaintiff restates and realleges each and every material allegation set forth in paragraphs 1 through 7 above.

## A. Breach of Contract

9. As a result of the failure of consideration described above, Plaintiff has suffered damages in an amount to be determined by the trier of fact in excess of that required for federal court jurisdiction in diversity of citizenship cases.

10. Plaintiff respectfully requests a jury trial on all issues.

WHEREFORE, Plaintiff, Dean McNeel, D.D.S., P.A., respectfully prays for damages as set forth above, for his costs, attorney's fees, and for all other proper relief.

Respectfully submitted,

SHEMIN LAW FIRM, PLLC
3333 Pinnacle Hills Pkwy, Ste 603
Rogers, Arkansas 72758
Telephone: (479) 845-3305
Facsimile: (479) 845-2198
Email: ken@sheminlaw.com

By: /s/ Kenneth R. Shemin
Kenneth R. Shemin, AR Bar. No. 78138

**CERTIFICATE OF SERVICE**

I, Kenneth R. Shemin, do hereby certify that I have sent via:

____ U.S. Mail, postage prepaid
____ Hand-delivery
____ Facsimile
____ Electronic Mail
XXX Federal Court ECF System to the Clerk of the Court for filing and transmittal of Notice of Electronic Filing to ECF registrants

This 19th day of October, 2010, a true and complete copy of the foregoing attached document to the following individual(s):

Jeffrey W Puryear jpuryear@wlpmlaw.com, kquach@wlpmlaw.com

John V. Phelps jphelps@wlpmlaw.com, kquach@wlpmlaw.com

/s/ Kenneth R. Shemin
Kenneth R. Shemin